**Order entered October 4, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00484-CV

## IN THE INTEREST OF D.S., A CHILD

**On Appeal from the 301st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-16-14244**

## ORDER

Before the Court is the September 25, 2019 nonrepresentation notice filed by David L. Hoffmann, Cynthia Dunn Raibourn, and the law firm Quilling, Selander, Lownds, Winslett, & Moser, P.C. We construe the notice as a motion to withdraw as counsel for appellee. We **GRANT** the motion and **DIRECT** the Clerk of this Court to remove Mr. Hoffmann, Ms. Raibourn, and the law firm of Quilling, Selander, Lownds, Winslett, & Moser, P.C. as counsel for appellee. Appellee is now appearing before this Court pro se.

By opinion and judgment dated August 12, 2019, the Court dismissed this appeal. Pending before the Court is appellant's motion for rehearing. Appellee shall file any response to this motion **within ten days** of the date of this order.

/s/    DAVID J. SCHENCK
       JUSTICE